HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KOREAN WOMEN'S ASSOCIATION, INC., a Washington non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEIU HEALTHCARE LOCAL 775 NW, et al.,<br><br>　　　　　Defendant. | No. 12-cv-5503-RBL<br><br>ORDER<br><br>(Dkt. #51, 53, 55) |

Having reviewed the pending motions and all supporting documents, the Court hereby **GRANTS** Plaintiff's Motion for Summary Judgment (Dkt. #51) and **DENIES** the remaining motions (Dkts. #53, 55) for the reasons stated on the record.

Dated this 16th day of May 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1